**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **MARCO TULIO GOMEZ-GOMEZ #A077-607-704** | **CASE NO. 1:26-CV-02452 SEC P** |
| **VERSUS** | **JUDGE S. MAURICE HICKS, JR.** |
| **WARDEN WINN CORRECTIONAL CENTER** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**ORDER**

Plaintiff has been served more than thirty (30) days ago with a Notice of Intent to Dismiss this case under **LR 41.3** for the reason that plaintiff has failed to apprise the court of a change of the mailing address provided to the court for mailing of notices and Plaintiff has failed to show good cause for this deficiency. Accordingly,

**IT IS ORDERED that this action be dismissed in its entirety**. This action may be reinstated within thirty (30) days for good cause shown.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.

THUS DONE October 30, 2026.

Daniel J. McCoy
Clerk of Court